

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2017

No. 04-17-00301-CV

**IN RE ENVISION** Healthcare Holdings, Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

Relator filed this petition for writ of mandamus on May 10, 2017. Relator has filed an agreed motion to dismiss the petition for writ of mandamus. The agreed motion to dismiss this proceeding is GRANTED. This original mandamus proceeding is DISMISSED. The court's opinion will issue at a later date.

It is so **ORDERED** on July 17, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2015-CVZ003029 D3, styled *Candace S. Glazier vs. Envision Healthcare Holdings, Inc., d/b/a Emcare, Inc.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.